UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL BANGURA,<br><br>                    Plaintiff,<br><br>     v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>                    Defendants. | No.  2:22-cv-0340 KJN P<br><br><br><br>ORDER |

Plaintiff, a federal prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.  In his complaint, plaintiff alleges violations of his civil rights by defendants located at several different federal prisons, none of which are located in the Sacramento Division of the Eastern District of California.[1]  At least one of the alleged violations took place where plaintiff is currently housed, in Atwater United States Penitentiary, Merced County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.  See Local Rule 120(d).

////

---

[1] Defendant J. Isho or J. Isiho is employed at Atwater.  (ECF No. 1 at 2-3.)  Plaintiff also names defendants employed at FCI Pollock, located in Grant County, Louisiana, which is within the Western District of Louisiana, and a defendant employed at FCI Hazelton, located in Preston County, West Virginia, which is within the Northern District of West Virginia.  Plaintiff mentions "Beaumont" (ECF No. 1 at 1), but names no defendants employed at, or incidents occurring in, FCI Beaumont, located in Jefferson County, Texas, which is within the Eastern District of Texas.

1

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: February 25, 2022

/bang0340.22

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE