1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   ABDUL BANGURA,                          Case No. 1:22-cv-0237 JLT GSA (PC)

12              Plaintiff,                    ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS
13        v.
                                             (Doc. 14)
14   FEDERAL BUREAU OF PRISONS, et al.,

15              Defendants.

16

17        Abdul Bangura asserts the defendants violated his civil rights while he was incarcerated at

18   Atwater USP, Beaumont USP, Pollock USP, and Hazelton FCI.  (*See* Doc. 1 at 1-2.)  He initiated

19   this action seeking to hold the defendants liable for violations of his civil rights pursuant to 42

20   U.S.C. § 1983.  However, the magistrate judge found Plaintiff failed to prosecute this action and

21   did not keep the Court informed of a current mailing address as required by Local Rule 183(b).

22   (Doc. 14 at 1, 4.)  The magistrate judge considered the factors identified by the Ninth Circuit and

23   found terminating sanctions are appropriate.  (*Id.* at 2-4.)  Therefore, the magistrate judge

24   recommended the Court dismiss the action without prejudice for failure to prosecute.  (*Id.* at 4.)

25        The Court served the Findings and Recommendations upon Plaintiff at the only address on

26   record.  However, the U.S. Postal Service returned the document marked "Undeliverable Return

27   to Sender, Refused, Unable to Forward" on March 13, 2025.  Although the Court's mail was

28   returned, service upon Plaintiff is deemed effective pursuant to Local Rule 182(f).  Plaintiff did

                                              1

not file objections[1], or take any action to prosecute this case since the Court's mail was first returned on August 6, 2024.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1.     The Findings and Recommendations issued February 26, 2026 (Doc. 14) are **ADOPTED** in full.

2.     This matter is **DISMISSED** without prejudice for failure to prosecute.

3.     The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 17, 2025**

UNITED STATES DISTRICT JUDGE

---

[1] Although the magistrate judge did not order a filing deadline, any objections were due within 14 days pursuant to Local Rule 304(b).

2